**Magnus AASE, alias Magnus Monson, Appellant, v. John D. NAGLE, Com'r of Immigration, Port of San Francisco, Appellee.**

No. 6919.

Circuit Court of Appeals, Ninth Circuit.

Dec. 19, 1932.

Cedric W. Petersen, of San Francisco, Cal., for appellant.

Samuel W. McNabb, U. S. Atty., and Lucas E. Kilkenny, Asst. U. S. Atty., both of San Francisco, Cal., for appellee.

Before WILBUR, SAWTELLE, and MACK, Circuit Judges.

PER CURIAM.

Upon consideration of arguments of counsel for respective parties, ordered order of District Court in this cause affirmed, and that a decree be filed and entered accordingly.